# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Joshua T. Griffin, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:18-cv-00098-MR-WCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Shannon Mortier, Van Duncan, Glen Matayabas, John Doe, Scott Allen, Other Unknown Defendants, Buncombe County Sheriff's Department, Buncombe County, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 19, 2018, June 20, 2019, and July 8, 2019 Orders.

July 8, 2019

_____
Frank G. Johns, Clerk
United States District Court