# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| JOSHUA T. GRIFFIN, | ) | |
| | ) | JUDGMENT IN CASE |
| Plaintiff, | ) | |
| | ) | 1:18-cv-00098-MR-WCM |
| vs. | ) | |
| | ) | |
| SHANNON MORTIER, in her official and individual capacities, | ) | |
| | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 13, 2022 Memorandum of Decision and Order.

Signed: May 13, 2022

Frank G. Johns, Clerk
United States District Court